**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| STEPHEN L. FLOYD, RANDY D. FLOYD, and FLOYD FARMS PARTNERSHIP,<br><br>    Plaintiffs,<br><br>v.<br><br>RANDY WALKER, AGLAND INSURANCE SERVICES, and NAU COUNTRY INSURANCE COMPANY,<br><br>    Defendants. | Case No. 2:12-cv-02756-JTF-dkv |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Stipulation of Dismissal, filed on December 31, 2013, this matter is hereby dismissed with prejudice.

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge

December 31, 2013                              s/Thomas M. Gould
Date                                                    Clerk of Court

                                                        s/ Erica M. Evans
                                                        (By)  Law Clerk